**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **LAVELLE HINES,** | **PETITIONER** |
| **V.** | **NO. 4:06CV166-P-B** |
| **LAWRENCE KELLY, et al.,** | **RESPONDENTS** |

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 10th day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE